# United States Court of Appeals for the Federal Circuit

---

August 6, 2024

**ERRATUM**

---

Appeal No. 2023-1162

**ASOCIACIÓN DE EXPORTADORES E INDUSTRIALES DE ACEITUNAS DE MESA, AGRO SEVILLA ACEITUNAS S. COOP. AND., ANGEL CAMACHO ALIMENTACIÓN, S.L.,**
*Plaintiffs-Appellants*

**ACEITUNAS GUADALQUIVIR, S.L.U.,**
*Plaintiff*

**v.**

**UNITED STATES, COALITION FOR FAIR TRADE IN RIPE OLIVES,**
*Defendants-Appellees*

---

Decided:  May 20, 2024
Precedential Opinion

---

Please make the following change:

On page 1, line 29: the decided date of "May 20, 2023" is changed to --May 20, 2024--.